UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80487-CIV-CANNON

**NELSON FERNANDEZ**,

    Plaintiff,

v.

**ACCESS SAVINGS, INC.**
d/b/a **Hit a Double**,

    Defendant.
_____/

**ORDER CLOSING CASE**

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice [ECF No. 10], filed on May 25, 2022. Pursuant to Rule 41(a)(1)(A)(i), the Notice of Voluntary Dismissal, filed by Plaintiff prior to Defendant serving an answer or motion for summary judgment, dismisses the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, this case is **CLOSED**, effective May 25, 2022, the date on which Plaintiff filed its Notice of Voluntary Dismissal with Prejudice [ECF No. 10].

The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 26th day of May 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record